## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

**Andy Jaimes-Sanchez**

Citizen of Mexico

USM#: 75023208      DOB: 1978

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 08-15414-001M-SD

Matthew Johnson (AFPD)
Attorney for Defendant

ICE#: A76 744 704

**THE DEFENDANT ENTERED A PLEA OF** guilty on 3/10/2008 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of NINETY (90) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted     **FINE:** $     **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

08-15414-001M-SD                                                                Page 2 of 2
USA vs. Andy Jaimes-Sanchez

Date of Imposition of Sentence: **Monday, March 10, 2008**

_____ Date 3/10/2008 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on __4-10-08__ to __RCDC-I + II__ at __Pecos, TX__, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

__M. McDaniel__ Warden                By: __Dita Garcia__ Records
United States Marshal                    Deputy Marshal
08-15414-001M-SD -

CERTIFIED TO BE A TRUE COPY
DATED: __3/11/08__

RICHARD H WEARE, CLERK
U. S. DISTRICT COURT

BY __L. Daily__
        DEPUTY CLERK